UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL ALAN YOCUM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN RANDY GROUNDS; et al.,<br><br>　　　　Defendants. | Case No: C 11-04738 SBA (pr)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME** |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　Defendant Saathoff's Motion for Extension of Time to File Dispositive Motion is GRANTED.

　　　2.　Any Defendant filing a dispositive motion shall do so by no later than January 18, 2013. Oppositions to any dispositive motion shall be filed by no later than March 19, 2013. Replies shall be filed by no later than April 16, 2013.

　　　3.　This Order terminates Docket 34 and 37.

IT IS SO ORDERED.

Dated: October 30, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,

       Plaintiff,

  v.

RANDY GROUNDS et al,

       Defendant.
_____/

Case Number: CV11-04738 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Alan Yocom
20731 Rd. 254
Strathmore, CA 93267

Dated: October 31, 2012

                                        Richard W. Wieking, Clerk

                                             By: Lisa Clark, Deputy Clerk