IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALAN YOCOM,   No. C 11-4738 SBA (PR)

    Plaintiff,   **JUDGMENT**

v.

ROSANA LIM-JAVATE, et al.,

    Defendants.
_____/

    Pursuant to the Court's Order of today's date granting Defendants Javate's and Saathoff's motions for summary judgment, judgment is hereby entered in favor of Defendants Javate and Saathoff, and against Plaintiff. The parties shall bear their own costs.

    IT IS SO ORDERED.

DATED: September 30, 2013

                                                                                     SAUNDRA BROWN ARMSTRONG
                                                                                    United States District Judge

G:\PRO-SE\SBA\CR.11\Yocom4738.jud.wpd